IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHMOND REYNOLDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:04-CV-1241-B |
| ) | [WO] |
| JIM BISHOP CABINETS, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pursuant to the *Joint Stipulation For Dismissmal* (Doc. 13 , filed Oct. 20, 2005), for good cause, it is hereby **ORDERED** that

1. This cause of action is **dismissed with prejudice**; and

2. The parties shall bear costs separately incurred.

Done this 24th day of October, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE